UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER CLAYTON, et al.,<br><br>    Defendants. | Case No. 23-cv-02181-JSC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 7 |

On May 4, 2023, Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP").[1] The Clerk mailed Plaintiff the Court's IFP application and form Complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application within 28 days.

Plaintiff has not responded to this deficiency notice. The only response is a "Request for an Order to Show Cause" why Defendants should not be ordered to pay him $10,000 per day since December 6, 2010, his "Earliest Possible Release Date." (ECF No. 7 at 1, 3.) This does not address or explain his failure to pay the filing fee or file a completed IFP application.

As Plaintiff has not completed an IFP application, paid the filing fee, shown cause why

---

[1] The Clerk also notified him separately that he must file a Complaint within 28 days. (ECF No. 2.) This appears to have been in error because Plaintiff's initial filing (ECF No. 1) is a Complaint despite its confusing title of "Request to File Complaint." (ECF No. 7.) The Clerk's notice directing Plaintiff to file a Complaint (ECF No. 2) is VACATED.

1  not, or requested an extension of time, and the deadline to do so has passed, this case is
2  DISMISSED without prejudice.  His "Request" for an Order to Show Cause is DENIED.
3  　　　The Clerk shall enter judgment and close the file.
4  　　　This Order resolves docket entry number 7.
5  　　　**IT IS SO ORDERED.**
6  Dated: July 13, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge